```
 1 │ BRIAN J. STRETCH (CABN 163973)
   │ Acting United States Attorney
 2 │
   │ DAVID R. CALLAWAY (CABN 121782)
 3 │ Chief, Criminal Division
   │
 4 │ ANDREW F. DAWSON (CABN 264421)
   │ Assistant United States Attorney
 5 │    450 Golden Gate Avenue, Box 36055
   │    San Francisco, California 94102-3495
 6 │    Telephone: (415) 436-7019
   │    FAX: (415) 436-7234
 7 │    Andrew.Dawson@usdoj.gov
   │
 8 │ Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 16-062 EMC |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER |
| v. | ) |
| JOSE RIGOBERTO YEPEZ | ) |
| Defendant. | ) |

The parties are currently set for a status conference on March 30, 2016, at 2:30 p.m. The government has provided discovery to the defense, which is reviewing it. Counsel for the United States currently has trial in another matter set to begin April 4, 2016, with the pretrial conference set for March 30, 2016, at 2:00pm. In light of the conflict between that pretrial conference and the status conference in this matter, the parties request that the hearing on March 30, 2016 be continued three weeks, to April 20, 2016, at 2:30 p.m., and that the time between March 30, 2016 and April 20, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until April 20, 2016, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

//

STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER
CR 16-062 EC

IT IS SO STIPULATED.

DATED: March 29, 2016                               /s/
                                        ANDREW F. DAWSON
                                        Assistant United States Attorney

DATED: March 29, 2016                               /s/
                                        DANIEL BLANK
                                        Counsel for Defendant Jose Rigoberto Yepez

STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER
CR 16-062 EC

1                                    [PROPOSED] ORDER

2       The status conference set for March 30, 2016, at 2:30 p.m. is continued to April 20, 2016 at 2:30
3  p.m.  The Court finds that the exclusion of the period from March 30, 2016 to April 20, 2016 from the
4  time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the
5  continuance outweigh the interests of the public and the defendant in the prompt disposition of this
6  criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the
7  defendant and for the government the reasonable time necessary for effective preparation and of
8  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.
9  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
10       IT IS SO ORDERED.

12  DATED: __3/29/16_____



_____
UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER
CR 16-062 EC